**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6397

JAMES C. WHALEY,

Plaintiff - Appellant,

v.

LT. KUDRON, Shift Supervisor, ACSD; DR. WILLIAMS; NURSE AMY REAGAN; MR. RAMOS, former ACSO Deputy; BOWMAN, Security Lt. at ACDC; MIKE HUNT, Sheriff; NICK GALLAM, Captain; DANIEL BUSSEY, Deputy; TIMOTHY MEALING, Deputy; CRAIG HALLETT, Deputy; LT. CLAMP; LT. HARDY; SGT. STARKE; LT. BRADLEY; CPL. LEAPORD; CPL. BROOKS; CPL. GIBSON; DEPUTY BURNETT; MR. RIVERS; SGT. ARTHURS; MULTIPLE  UNKNOWN DEFENDANTS,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. Thomas E. Rogers, III, Magistrate Judge.  (4:22-cv-04469-JFA-TER)

Submitted:  November 16, 2023                    Decided:  November 22, 2023

Before AGEE and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

James C. Whaley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James C. Whaley seeks to appeal the magistrate judge's text order denying his motion to appoint counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Whaley seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Whaley's motion to appoint counsel on appeal and to suspend rules, and we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*